# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 374 WAL 2015
                              Respondent :
:
                                      : Petition for Allowance of Appeal from
                                      : the Order of the Superior Court
                  v. :
:
:
CHARLES STEPHON JOHNSON, :
:
                              Petitioner :

## ORDER

**PER CURIAM**

       **AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

       Justice Eakin did not participate in the consideration or decision of this matter.